IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SETH FONTAINE,<br><br>Defendant. | **8:23CR165**<br><br><br>**ORDER** |

In accordance with the status conference held on June 24, 2025, as to Defendant, Seth Fontaine, (Filing No. 55), the parties' joint oral motion is granted.

IT IS ORDERED:

1)      The defendant's Oral Motion to Continue Status Conference, (Filing No. 55), is granted.

2)      In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date, and July 10, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3)      A status conference with counsel will be held in person before the undersigned magistrate judge at 11:00 a.m. on July 10, 2025. Counsel for the parties shall appear, and the defendant's presence is excused.

Dated this 24th day of July, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge